IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRICIA ENE, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff | § § | C.A. NO. 4:09-CV-02453 |
| vs. | § § | JURY TRIAL DEMANDED |
| MAXIM HEALTHCARE SERVICES, INC. | § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendant. | § § § | |

## DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant Maxim Healthcare Services, Inc. ("Maxim") files this Unopposed Motion to Substitute Counsel and respectfully shows the Court the following:

1. Maxim seeks to substitute new counsel in this matter and permission for its previous counsel to withdraw from this matter.

2. The new counsel shall be MORGAN LEWIS & BOCKIUS LLP. The contact information for the new counsel is:

> Alfred John Harper II
> Alfred John Harper III
> MORGAN LEWIS & BOCKIUS LLP
> 1000 Louisiana Street, Suite 4000
> Houston, Texas 77002
> (713) 890-5000 Telephone
> (713) 890-5001 Facsimile
> aharper@morganlewis.com
> jharper@morganlewis.com

3. Maxim requests that Kerry E. Notestine and Danielle K. Herring, and the law firm of LITTLER MENDELSON, A PROFESSIONAL CORPORATION, be allowed to withdraw from this matter.

      4.      Maxim, new counsel, and withdrawing counsel consent to this substitution.

      5.      Plaintiff is unopposed to the substitution sought herein.

      6.      The withdrawal and substitution of attorneys is not sought for the purposes of delay.

      7.      Maxim requests that notices, copies of all communications and other documents filed in the above-referenced proceeding be served upon its new counsel at the above location.

WHEREFORE, Defendant Maxim Healthcare Inc. prays that its Consent Motion to Substitute Counsel be granted.

Respectfully submitted,

/s/ A. John Harper II
Alfred John Harper II (Attorney-in-Charge)
State Bar No. 09031000
Federal ID No. 5158
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile
aharper@morganlewis.com

OF COUNSEL:
Alfred John Harper III
State Bar No. 24032392
Federal ID No. 16369
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile
jharper@morganlewis.com

SUBSTITUTING COUNSEL FOR
DEFENDANT MAXIM HEALTHCARE, INC.

/s/ Kerry E. Notestine*
Kerry E. Notestine (Attorney-in-Charge)
State Bar No. 15116950
Federal ID No. 2423
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street, Suite 1900
Houston, TX 77010
(713) 951-9400 (Telephone)
(713) 951-9212 (Facsimile)
* w/ permission by Danielle K. Herring

OF COUNSEL:
Danielle K. Herring
State Bar No. 24041281
Federal ID No. 36896
Stephanie Schmutz-Parente
State Bar No. 24037444
Federal ID No. 581876
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street, Suite 1900
Houston, TX 77010
(713) 951-9400 (Telephone)
(713) 951-9212 (Facsimile)

WITHDRAWING COUNSEL FOR
DEFENDANT MAXIM HEALTHCARE, INC.

## CERTIFICATE OF CONFERENCE

I certify that on August 13, 2010, MORGAN LEWIS & BOCKIUS LLP conferred with Michael Josephson, counsel for Plaintiff Tricia Ene, via telephone regarding this substitution of counsel, and Plaintiff's counsel has advised that he is unopposed to same.

/s/ A. John Harper II
A. John Harper II

DB1/65456036.1

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on the 16th day of August, 2010, via the Court's CM/ECF System on the following:

> Michael A. Josephson
> Fibich Hampton et al
> 1401 McKinney, Suite 1800
> Houston, TX 77010
> (713) 751-0025

> _/s/ A. John Harper II_
> A. John Harper II