UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRICIA ENE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § § | |
| *Plaintiffs*, § § | |
| vs. § | CIVIL ACTION NO. H-09-2453 |
| § | |
| MAXIM HEALTHCARE SERVICES, INC., § § | |
| *Defendant*. § § | |

## ORDER

This FLSA case is before the court on plaintiffs' motion to compel (Dkt. 111) regarding the Rule 30(b)(6) deposition notice served upon defendant. Having considered the parties' submissions and argument of counsel at a hearing on June 16, 2011, the motion is granted in part and denied in part.

For the reasons stated on the record, defendant's overbreadth objection to topic 18 is sustained and all other objections are overruled. The court's rulings on objections to the Rule 30(b)(6) deposition topics apply also to defendant's objections to the subpoena duces tecum.

Signed at Houston, Texas on June 16, 2011.

Stephen Wm Smith
United States Magistrate Judge